ANGEL DAVID BAEZ *v.* COMMISSIONER
OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 34 Conn. App. 236 (AC 11719), is denied.

*Mitchell S. Brody,* assistant state's attorney, in support of the petition.

Decided September 14, 1994

ALLSTATE INSURANCE COMPANY *v.*
BENJAMIN LENDA

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 444 (AC 11362), is denied.

*Joan C. G. Grear, Raymond T. DeMeo* and *Stephen E. Goldman,* in support of the petition.

*David W. Cooney,* in opposition.

Decided September 14, 1994

ALLSTATE INSURANCE COMPANY *v.*
BENJAMIN LENDA

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 444 (AC 11362), is denied.

*Kathryn Calibey,* in support of the petition.

*Raymond T. DeMeo* and *Stephen E. Goldman,* in opposition.

Decided September 14, 1994